IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**STACY LEIGH CARMELLA-GREEN,**

    **Plaintiff,**

v.                                 Case No. 1:17cv59-MW/GRJ

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security Administration,**

    **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 27, and has also reviewed *de novo* Plaintiff's objections and request for oral argument. ECF No. 28. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED**. The request for oral argument is **DENIED**." The Clerk shall close the file.

**SO ORDERED on April 18, 2018.**

                                                  **s/Mark E. Walker          **
                                                  **United States District Judge**